

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00164-CR

Leandre V. **HILL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR10328
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED November 4, 2011.

_____
Marialyn Barnard, Justice